**POS-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar Number, and Address)*:<br>CHARLIE W. YU     268233<br>ESSENTIAL LAW GROUP, PC<br>548 MARKET STREET, PMB 48752<br>SAN FRANCISCO, CA  94104-0000<br>TELEPHONE NO: **(415) 349-5180**<br>ATTORNEY FOR *(Name)*: PLAINTIFF | FOR COURT USE ONLY |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF<br>United States District Court<br>Northern District<br>, | |
| PLAINTIFF/PETITIONER: BRYANT MILLS, et al.,<br>DEFENDANT/RESPONDENT: THE UNITED STATES OF AMERICA, et al., | CASE NUMBER:<br>3:25-cv-04773-SK |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.<br>04773/MIMI |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the following:

Summons & Complaint; Clerk's Notice Rescheduling Initial Case Management Conference; Order Granting Administrative Motion to Consider Whether Cases Should Be Related

3. a. Party served:    THE UNITED STATES OF AMERICA, c/o PATRICK ROBBINS, Acting U.S. Attorney
   b. Person served:   PATRICK ROBBINS, Acting U.S. Attorney -
   c. Left with:       KATHY TERRY - Authorized to accept on behalf of PATRICK ROBBINS
   d. Address:         450 GOLDEN GATE AVENUE, 9TH FLOOR
                       SAN FRANCISCO, CA  94102-0000
                       (BUSINESS) - US ATTORNEY'S OFFICE

4. I served the party named in item 3
   a. **by personally delivering** the copies (1) on *(date)*: June 26, 2025  (2) at *(time)*: 11:05 am.

5. The "Notice to the Person Served" (on the summons) was completed as follows:

   c. on behalf of:  **THE UNITED STATES OF AMERICA, c/o PATRICK ROBBINS, Acting U.S. Attorney**

7. **Person who served papers**
   a. HAROLD C. MA
   b. H L S *attorney services*
      P.O. BOX 2816
      ALAMEDA, CA 94501-0000
   c. (510) 865-1800

   d. **The fee** for service was: $120.60
   e. I am:
      (3) Registered California process server.
         (i) Employee or independent contractor
         (ii) Registration No.: 673
         (iii) County: **ALAMEDA**

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 6/30/2025

HAROLD C. MA

Form Adopted for Mandatory Use